[No. 27938-6-I.   Division One.   October 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RICK
L. SELF, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 89-1-00171-6, Michael F. Moynihan, J., entered January 24, 1991. *Remanded with instructions* by unpublished per curiam opinion.

[No. 11510-1-III.   Division Three.   October 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
PAVESE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-8-00582-7, John G. Carroll, J. Pro Tem., entered February 27, 1991. *Reversed* and *dismissed* by unpublished per curiam opinion.

[No. 11146-6-III.   Division Three.   October 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMIE
DALE PLY, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-1-00500-9, Michael W. Leavitt, J., entered September 28, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.